IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                     No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.              <u>ORDER</u>

            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2005, the court ordered plaintiff to pay the appropriate filing fee or to submit an application requesting leave to proceed in forma pauperis. Plaintiff has filed letters with the court indicating that he has already submitted an in forma pauperis application. The court has examined all the pages filed with plaintiff's complaint on November 2, 2005. No in forma pauperis application is attached. Although the court's docket indicates that an in forma pauperis application was filed on November 2, 2005, a subsequent docket correction noted that the application in question was submitted by another plaintiff and misfiled in this case file. Therefore, plaintiff will be provided one final opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
low2211.ifp