IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

      Plaintiff,                      No. CIV S-05-2211 MCE DAD P

   vs.

GARY R. STANTON, et al.,          ORDER

      Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 16, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations, and defendants have filed a reply.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2007, are adopted in full;

2. Defendants Von Ting, Childres, and Headley's February 9, 2007 motion to dismiss pursuant to Rule 12(b)(6) is granted;

3. Defendant Stanton's February 9, 2007 motion to dismiss pursuant to Rule 12(b)(6) is granted;

4. The following claims are dismissed: due process claim concerning defendants Von Ting and Childres' denial of plaintiff's inmate grievance; due process claim concerning defendants Stanton and Headley's failure to follow inmate grievance procedures; due process claim concerning defendants Stanton, Childres, Von Ting, and Headley's failure to overturn disciplinary decisions and sentences; due process claim concerning defendant Stanton's failure to provide a proper appeals process to challenge disciplinary actions; and Fourteenth Amendment claims against defendant Stanton concerning adequacy of law library services; and

5. This action shall proceed on all other claims.

Dated: September 20, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE