1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY RICHARD LOW,

11          Plaintiff,                    No. CIV S-05-2211 MCE DAD P

12       vs.

13   GARY R. STANTON, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff has requested an extension of time to file an opposition to defendants'

17   February 20, 2008 motion for summary judgment.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19          1.  Plaintiff's March 17, 2008 application for an extension of time is granted; and

20          2.  Plaintiff is granted ten days from the date of this order in which to file an

21   opposition to defendant Atkins' February 20, 2008 motion for summary judgment (court

22   document #82).

23   DATED: March 24, 2008.

24

25                                        _____
                                          DALE A. DROZD
26   DAD:bb/4                             UNITED STATES MAGISTRATE JUDGE
     low2211.36opp