JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney for Defendants
Deborah Petteway, P.A., Michelle Allen, L.V.N.,
and David L. Shepard, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Richard Low, | CASE NO. CIV S-05-2211 MCE DAD P |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| Gary R. Stanton, et al., | |
| Defendants. | |

The Court having received and accepted the stipulation by Plaintiff TONY R. LOW, in Pro Se and Defendants DEBORAH PETTEWAY, P.A., MICHELLE ALLEN, L.V.N., and DAVID L. SHEPARD, M.D., parties to this case requesting a dismissal of this matter with prejudice as to Defendants DEBORAH PETTEWAY, P.A., MICHELLE ALLEN, L.V.N., and DAVID L. SHEPARD, M.D. hereby orders this case dismissed with prejudice and that said dismissal shall take effect immediately.

DATED: August 12, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
low2211.59