IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                    No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.           ORDER

                              /

        Plaintiff has requested an extension of time to file his oppositions to defendants Stanton, Jackson and Glenn's motions for summary judgment. Defendants have filed a notice of non-opposition to plaintiff's request. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 20, 2008 application for an extension of time (Doc. No. 140), is granted; and

/////

/////

/////

/////

/////

/////

1

2. Plaintiff is granted thirty days from the date of this order in which to file his opposition to defendants Stanton, Jackson and Glenn's motions for summary judgment. Any replies shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
low2211.eot140