IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                          No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.                   <u>ORDER</u>

                               /

        Plaintiff has requested an extension of time to file his opposition to motions for summary judgment filed by defendants Stanton, Headley, Garrison, Rodriguez, Clark, Trojanowski, Jorgenson, Von Ting, Smith, and Childers. On September 4, 2008, defendants filed a statement of non-opposition to plaintiff's request. Court records indicate that plaintiff subsequently filed his opposition to defendant Clark's summary judgment motion. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 2, 2008 request for an extension of time (Doc. No. 148), is granted; and

        2. On or before October 31, 2008, plaintiff shall file his opposition to motions for summary judgment filed by Stanton, Headley, Garrison, Rodriguez, Trojanowski, Jorgenson,

/////

1

1  Von Ting, Smith, and Childers.  Any reply shall be filed and served in accordance with Local
2  Rule 78-230(m).
3  DATED: September 24, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   low2211.eot148

2