IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,

  vs.

GARY R. STANTON, et al.,

    Defendants.
                              /

No. 2:05-cv-02211-MCE-DAD P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections[1] to the findings and recommendations and defendants have filed a reply.

---

[1] To the extent that plaintiff seeks leave to amend his complaint to add eight new defendants, the request will be denied. Plaintiff has not filed a proper motion and a proposed amended complaint. In addition, the court is not inclined to grant such a motion when plaintiff has unduly delayed in seeking leave to amend and where defendants would be substantially prejudiced.

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2008, are adopted in full;

2. Defendant Driscoll's motion for summary judgment, filed on February 19, 2008 (Doc. No. 81), is granted;

3. Defendant Atkins' motion for summary judgment, filed on February 20, 2008 (Doc. No. 82), is granted;

4. Defendant Mallory's motion for summary judgment, filed on February 20, 2008 (Doc. No. 83), is granted;

5. Defendants Driscoll, Atkins and Mallory are dismissed from this action; and

6. Plaintiff's September 2, 2008 request for leave to amend his complaint (Doc. No. 148), is denied without prejudice.

Dated: September 25, 2008

    /s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE