IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

     Plaintiff,                    No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

     Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In his action plaintiff also seeks to invoke this court's supplemental jurisdiction over various claims based on state law.  Currently pending before the court are two motions by plaintiff seeking to compel production of additional discovery materials and seven separate motions for summary judgment brought on behalf of various defendants.  In light of these pending motions, the court will vacate the dates previously set for the filing of pretrial statements, pretrial conference and trial.  Those dates will be reset, if appropriate, following the disposition of the pending motions.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The November 14, 2008, date for the filing of plaintiff's pretrial statement and motions for obtaining the attendance of witnesses; the November 21, 2008, date for the filing of

1

1  defendants' pretrial statement; the November 28, 2008, date for pretrial conference, and the
2  December 22, 2008, date for jury trial before the Honorable Morrison C. England, Jr., all
3  previously established in the court's scheduling order filed March 6, 2008, are vacated; and
4           2.  Those dates will be reset, if appropriate, following the disposition of the
5  motions now pending before the court.
6  DATED: November 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
low2211.vacate