IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                         No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.                  <u>ORDER</u>

                                /

        Plaintiff has requested a second extension of time to file and serve his oppositions to motions for summary judgment filed on August 14, 2008 and August 15, 2008 on behalf of defendants Stanton, Headley, Trojanowski, Jorgenson, Von Ting, Smith and Childer. Good cause appearing, this request will be granted. However, no further extension of time will be granted for this purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 27, 2008 request for an extension of time (Docket No. 174) is granted; and

/////

/////

/////

/////

1

2. Plaintiff shall place his response in the mail on or before December 10, 2008. No further extension of time will be granted for this purpose. Any reply by defendants shall be filed and served in accordance with Local Rule 78-230(m).[1]

DATED: November 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
low2211.eot174

---

[1] Plaintiff is advised that the Federal Rules of Civil Procedure allow the filing of a motion, an opposition, and the moving party's reply. The federal rules do not authorize the filing of a response/reply to a moving party's reply. Therefore, plaintiff must set forth all of his arguments in his opposition to the motion for summary judgment.