IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,                              No. 2:05-cv-02211-MCE-DAD P

    Plaintiff,

  vs.                                          ORDER

GARY R. STANTON, et al.,

    Defendants.
_____/

    Plaintiff, a former inmate at Solano County Jail and proceeding pro se, has filed a civil action seeking relief under 42 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act (RLUIPA), and state law. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 6, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Defendant Glenn has filed objections to the findings and recommendations (Docket No. 187), and plaintiff has filed a reply (Docket No. 190).

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. However, because defendant has raised an issue concerning plaintiff's injury in his objections and this issue has not been fully briefed by the parties, the court will reopen the law and motion deadline to allow defendant Glenn to file a motion for summary judgment on this sole issue. The motion will be resolved by findings and recommendations issued by the magistrate judge and subsequent order by the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2009, are adopted in full (Doc. No. 186);

2. Defendant Glenn's August 7, 2008 motion for summary judgment (Doc. No. 127) is denied; and

3. The law and motion deadline will be reopened to allow defendant Glenn to file a motion for summary judgment on the issue of plaintiff's injury. Within twenty-one days from the service of this order, defendant Glenn shall file his motion for summary judgement; plaintiff's opposition to the motion shall be filed within twenty-one days from the service of the motion; and defendant's reply, if any, shall be filed within ten days thereafter.

Dated: February 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE