IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,                    No. 2:05-cv-02211-MCE-DAD P

        Plaintiff,

   vs.                           <u>ORDER</u>

GARY R. STANTON, et al.,

        Defendants.

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On March 4, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2009 (Doc. No. 193), are adopted in full;

2. The motion for summary judgment brought on behalf of defendants Stanton and Headley (Doc. No. 135), filed August 15, 2008, is granted; and

3. All claims against defendants Stanton and Headley are dismissed.

Dated: March 26, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE