IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,

  vs.

GARY R. STANTON, et al.,

    Defendants.
_____/

No. 2:05-cv-02211-MCE-DAD P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 25, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 25, 2009 (Doc. No. 191), are adopted in full;

2. The August 13, 2008 motion for summary judgment brought on behalf of defendants Garrison and Rodriguez (Doc. No. 132), is denied as to:

    a. Plaintiff's excessive use of force claim brought under the Fourth Amendment concerning the alleged June 30, 2005 incident; and

    b. Plaintiff's excessive use of force claims brought under the Fourteenth Amendment concerning the alleged July 4, 2005 and July 19, 2005 incidents.

3. The August 13, 2008 motion for summary judgment brought on behalf of defendants Garrison and Rodriguez (Doc. No. 132), is granted as to:

    a. Plaintiff's remaining excessive use of force claims brought under the Eighth, Fourth, and Fourteenth Amendments;

    b. Plaintiff's state law claims for assault, battery, and right to privacy;

    c. Plaintiff's federal right to privacy claim;

    d. Plaintiff's request for declaratory relief; and

    e. Plaintiff's claims brought against defendants Garrison and Rodriguez in their official capacity.

Dated: March 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE