IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                    No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 22, 2009, the magistrate judge filed findings and recommendations on defendants Stanton and Jackson's motion for summary judgment which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations and defendants have filed a reply.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2009 (Docket No. 184), are adopted in full;

2. Defendants Stanton and Jackson's August 5, 2008 motion for summary judgment (Docket No. 126) is granted;

3. Plaintiff's claims against defendants Stanton and Jackson under the Religious Land Use and Institutionalized Persons Act (RLUIPA) and the Free Exercise Clause of the First Amendment are dismissed as moot; and

4. Plaintiff's claims against defendant Stanton under the Establishment Clause of the First Amendment and Equal Protection Clause of the Fourteenth Amendment are dismissed as moot.

Dated: March 31, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE