IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

        Plaintiff,                        No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

        Defendants.              ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 22, 2009, the magistrate judge filed findings and recommendations on defendant Hambright's motion for summary judgment which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations and defendant file a reply.

///

///

///

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72- |
| 2 | 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire |
| 3 | file, the court finds the findings and recommendations to be supported by the record and by |
| 4 | proper analysis. |

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2009 (Docket No. 185), are adopted in full;

2. Defendant Hambright's July 25, 2008 motion for summary judgment (Doc. No. 125) is granted; and

3. Defendant Hambright is dismissed with prejudice.

Dated: March 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE