IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,  No. 2:05-cv-02211-MCE-DAD P

    Plaintiff,

  vs.  ORDER

GARY R. STANTON, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil action seeking relief under 42 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act (RLUIPA), and state law. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 19, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations. Defendants have filed a reply.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2009 (Doc. No. 196), are adopted in full;

2. Defendants' motion for summary judgment (Doc. No. 134) is granted; and

3. Defendants Dennis Von Ting, Carolyn Childers, Jason Trojanowski, Kenneth Jorgenson and Dan Smith are dismissed from this action.

Dated: April 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE