IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                          No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.                     ORDER

/

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action. On May 7, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 2, 2005 and May 7, 2008. Those requests were denied. For the reasons set forth the court's previous orders, IT IS HEREBY ORDERED that plaintiff's May 7, 2010 request for the appointment of counsel (Doc. No. 220) is denied.

DATED: May 17, 2010.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
low2211.31thr