IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY RICHARD LOW,

    Plaintiff,                                 No. CIV S-05-2211 MCE DAD P

    vs.

GARY R. STANTON, et al.,

    Defendants.                   <u>ORDER</u>

                                  /

        On April 20, 2010, the court filed a further scheduling order setting dates for the filing of pretrial statements, motions to obtain the attendance of witnesses, pretrial conference, and for trial. On July 13, 2010, plaintiff filed a document styled, "Notice Of Tentative Settlement Agreement Between The Parties & Request To Postpone The Pretrial Statement." In light of the notice filed by plaintiff, the court will vacate the dates for the filing of pretrial statements and motions to obtain the attendance of witnesses and pretrial conference. The trial date will not be vacated at this time. The parties will be ordered to notify the court within thirty days as to the status of their settlement negotiations.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The following dates from the court's April 20, 2010 further scheduling order are vacated: July 16, 2010 for the filing of plaintiff's pretrial statement and motions to obtain the

1

1  attendance of witnesses; July 30, 2010 for the filing of defendants' pretrial statement; and August
2  27, 2010 for pretrial conference.
3         2.  Within thirty days from the date of this order, the parties shall notify the court
4  of the status of their settlement negotiations and state whether new dates for the filing of pretrial
5  statements, motions for the attendance of witnesses and pretrial conference should be set in this
6  action.
7  DATED: July 19, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
low2211.sche.vac