**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants GLENN,
RODRIGUEZ and GARRISON

**IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY RICHARD LOW,<br><br>            Plaintiff,<br><br>v.<br><br>GARY R. STANTON, et al.<br><br>            Defendants | CASE NO: CIV S 05-2211 MCE DAD PC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE** |

    Pro se plaintiff, TONY RICHARD LOW and defendants, by and through their attorney of records, hereby stipulate to the dismissal of this case with prejudice, each side to bear its own costs and attorneys fees.

Dated: 8/27/10            */s/ Tony Richard Low (original signature retained by counsel)*
                                      TONY RICHARD LOW,
                                      Plaintiff, in pro se

1  Dated: 9/11/10                              WILLIAMS & ASSOCIATES

                                      By: */s/ Kathleen J. Williams*
                                          KATHLEEN J. WILLIAMS, CSB 127021
                                          Attorneys for defendants GLENN,
                                          RODRIGUEZ and GARRISON

**IT IS SO ORDERED**.  The Clerk of Court is directed to close this file.

Dated: September 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE